# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-07222-CBM-MAR Date August 19, 2026

Title: United African-Asian Abilities Club, et al v. Arminta Apartments, LP et al

Present: The Honorable Consuelo B. Marshall, United States District Judge

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated December 11, 2024.

☐ Case settled but may be reopened if settlement is not consummated within ________ days. Make JS-6.

☒ Other Make JS-6.

☐ Entered ________________.

Initials of Preparer VRV